UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICHARD COLE, on his own
behalf and others similarly situated,**

    Plaintiff,

v.                            Case No.  8:06-cv-1486-T-30EAJ

**TRILLION PARTNERS, INC.,**
a Florida corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #25). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Joint Stipulation for Dismissal With Prejudice (Dkt. #25) is GRANTED.

2.  This cause is dismissed with prejudice.

3.  All pending motions are denied as moot.

4.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1486.dismissal 25.wpd